# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| RASHAD BAKER, RACHAEL LEONARD, and ZELMA STOVALL, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:19-cv-00014-CDL |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Before the Court is Defendant State Farm Mutual Automobile Insurance Company's Unopposed Motion to Amend Scheduling Order and Discovery Plan (Dkt. 18). For good cause shown, the motion is **GRANTED** and the below deadlines set forth in the Scheduling Order and Discovery Plan as amended (Dkts. 7, 16) are further amended as follows:

| | |
|---|---|
| Defendant's Expert Disclosure | June 19, 2020 |
| Plaintiffs' Rebuttal Expert Disclosure | July 17, 2020 |
| Expiration of Discovery | August 19, 2020 |
| Motion for Class Certification | September 18, 2020 |
| Dispositive Motions on Plaintiffs' Claims | September 18, 2020 |
| *Daubert* Motions re Class Experts | September 18, 2020 |

All other aspects of the Scheduling Order and Discovery Plan are unchanged.

**SO ORDERED** this 13th day of May, 2020.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE